138 F.3d 960
 Ariail Drug Co., Inc., Dunlop Drug Co., Inc., Jane N.
Douthit, DVM, d/b/a Paw Prints Animal Clinic,
William Larry Martin, d/b/a Trinity Discount Drugs
v.
Recomm International Display, Ltd., Lease Partners Corp.,
Lease Partners, Inc., Finova Capital Corp., Republic Leasing
Co., as Representatives of a Defendant Class of Leasing and
Lease/Financing Companies, Similarly Situated and Which
Acted in Concert or Conspiracy with Defendant Recomm,
Colonial Pacific Leasing Corp., as
 NO. 96-6570
 United States Court of Appeals,
Eleventh Circuit.
 March 11, 1998
 N.D.Ala., 122 F.3d 930
 
 1
 DENIALS OF REHEARING EN BANC.